```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

BRYAN VELAZQUEZ,

                       Plaintiff,

          - against -

CUSTOM CORNHOLE BOARDS INCORPORATED,

                       Defendant.

22-cv-8372 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **February 8, 2023.** The conference scheduled for February 16, 2023 is canceled.

SO ORDERED.

Dated:    New York, New York
            January 18, 2023

                                        _____
                                           John G. Koeltl
                                    United States District Judge