UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN VELAZQUEZ,

            Plaintiff,          22-cv-8372 (JGK)

    - against -           ORDER

CUSTOM CORNHOLE BOARDS INC.,

            Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the parties to file a Joint Pretrial Order was September 22, 2023. ECF No. 11. To date, no Joint Pretrial Order has been filed.

    The time for the defendant to answer or respond to the petition is extended to **October 6, 2023.**

**SO ORDERED.**

Dated:    New York, New York
             September 27, 2023

                                              John G. Koeltl
                                        United States District Judge