UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BRYAN VELAZQUEZ,

                     Plaintiff,

      - against -

CUSTOM CORNHOLE BOARDS INCORPORATED,

                 Defendant.
_____

22-cv-8372 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference

on **October 26, 2023**, at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 13, 2023

                             _____
                               John G. Koeltl
                   United States District Judge