UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN VELAZQUEZ,

                  Plaintiff,           22-cv-8372 (JGK)

     - against -              ORDER

CUSTOM CORNHOLE BOARDS, INC.,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The time to file a Joint Pretrial Order is extended to **November 10, 2023**. If no Joint Pretrial Order is filed at that time, this case will be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           October 26, 2023

                                                John G. Koeltl
                                    United States District Judge