UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN VELAZQUEZ,

                   Plaintiff,               22-cv-8372 (JGK)

      - against -               ORDER

CUSTOM CORNHOLE BOARDS, INC.,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

The time to file a notice of appearance or an order to show cause for a default judgment is extended to **January 5, 2024**. If neither is filed at that time, this case will be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          December 18, 2023

                                John G. Koeltl
                       United States District Judge